ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta
OCT 2 4 2006
JAMES N. HATTEN, Clerk
By: L. Wade-Childs
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

UNITED STATES OF AMERICA : CRIMINAL INDICTMENT
v. :
CARL MITCHELL HOOPER : NO. 4:06-CR-75

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about June 15th and 16th, 2006, in the Northern District of Georgia and elsewhere, the defendant, CARL MITCHELL HOOPER, knowingly did transport an individual who had not attained the age of eighteen years in interstate commerce between and among the States of Georgia, Tennessee and Florida, with intent that such individual engage in sexual activity for which any person can be charged with a criminal offense under the laws of each of those states, all in violation of Title 18, United States Code, Section 2423(a).

### COUNT TWO

On or about June 15th and 16th, 2006, in the Northern District of Georgia and elsewhere, the defendant, CARL MITCHELL HOOPER, knowingly did persuade, induce, entice and coerce an individual to travel in interstate commerce between and among the States of

Georgia, Tennessee and Florida, to engage in sexual activity for which a person can be charged with a criminal offense in each of those states, all in violation of Title 18, United States Code, Section 2422(a).

A \_\_\_\_TRUE\_\_\_\_ BILL

_____
FOREPERSON

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

JANE WILCOX SWIFT
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6305
FAX 404/581-6181
Georgia Bar No. 758450