U.S. Department of Justice
United States Attorney

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

FILED IN CHAMBERS
U.S.D.C. Atlanta
OCT 2 4 2006
JAMES N. HATTEN, Clerk
By: X. Wade-Chess
Deputy Clerk

DIVISION Rome
(USAO 2006R01254)

DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION
IN UNITED STATES DISTRICT COURT

COUNTY NAME: Walker

DISTRICT COURT NO.
MAGISTRATE CASE NO. 4:06-CR-75

X Indictment     __ Information     __ Magistrate's Complaint
DATE: October 24, 2006     DATE:     DATE:

| UNITED STATES OF AMERICA vs. **CARL MITCHELL HOOPER** | SUPERSEDING Prior Case No. & Date Filed |
|---|---|

VIOLATION:

COUNTS CHARGED:
(as to deft)

TOTAL COUNTS:
(as to deft)

GREATER OFFENSE CHARGED:
X Felony     __ Misdemeanor

**DEFENDANT:**

IS NOT IN CUSTODY:

1. __ Has not been arrested pending outcome of this proceeding.
   If not detained, give date any prior summons was served on above charges _____
2. __ Fugitive.
3. ____ Is on bail or release from (district, state & date):
_____

DATE OF ARREST: _____
Or if arresting agency & warrant were not Federal:

DATE TRANSFERRED TO U.S. CUSTODY: _____
Are there any outstanding warrants in this proceeding __ Yes __ No
Date: _____     Issued by: _____

IS IN CUSTODY:

4. __ On this charge.
5. X On another conviction.
6. Awaiting trial on other charges __Yes __ No
   ____ Federal __ State
   If Yes, show name of institution _____
   Has detainer been filed __ Yes     __ No
   If Yes, give date _____

| ADDITIONAL INFORMATION OR COMMENTS: | MAGISTRATE: _____<br>JUDGE:<br>A.U.S.A.: JANE WILCOX SWIFT<br>DEFT'S ATTY: |
|---|---|

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

cc:  Orig - Court file
     Copy - U.S. ATTORNEY
     Copy - Defense Attorney

BY: JANE WILCOX SWIFT
Assistant United States Attorney

DATE: October 24, 2006