IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ROME DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL CASE |
| | : | No. 4:06-CR-075 (RLV) |
| CARL MITCHELL HOOPER | : | |
| | : | |

MOTION TO SUPPRESS STATEMENTS

Comes now, CARL MITCHELL HOOPER, Defendant in the above-styled action, by and through undersigned counsel and hereby moves this Court to Suppress any Statements given to law enforcement. In support of this Motion, Mr. Hooper shows as follows:

(1)

Mr. Hooper is the lone defendant charged in a two count indictment alleging that he transported, in interstate commerce, a person who had not attainted the age of eighteen, with the intent that said person engage in sexual activity for which said person could be charged with a criminal offense (Count I), and that he persuaded, induced, enticed or coerced an individual to travel in interstate commerce to engage in sexual activity for which said person could be charged with a criminal offense (Count II).

Upon information and belief, Mr. Hooper, when in custody, gave a statement to law enforcement which inculpates him.

## Argument and Authority

It is the Government's burden, once a defendant has asserted that his statement was not knowingly and voluntarily given, to establish that all of the constitutional mandates have been satisfied. *See, Bartlett v. Allen*, 724 F.2d 1524, 1527 (11th Cir. 1984) ("a heavy burden rests on the government to demonstrate that the defendant knowingly and intelligently waived his privilege against self-incrimination and his right to retained or appointed counsel.").

WHEREFORE, Mr. Hooper respectfully requests that this Court suppress any custodial statement. Should the Court determine that further evidence need to be taken to determine if the Government complied with the mandates of *Miranda v. Arizona*, 384 U.S. 436 (1966), and/or whether Mr. Hooper made a knowing and voluntary waiver of his right against self-incrimination or his right to have an attorney present during interrogation, Mr. Hooper requests that this Court conduct a hearing, pretrial, wherein these issues can be determined.

Dated, this the 20th day of May, 2007.

        Respectfully submitted,

        *s/Jeffrey L. Ertel*
        JEFFREY L. AORTAL
        STATE BAR No. 249966

        Federal Defender Program, Inc.
        100 Peachtree Street
        Suite 1700
        Atlanta, Georgia 30303
        (404) 688-7530
        jeff_ertel@fd.org

        COUNSEL FOR MR. HOOPER

CERTIFICATE OF SERVICE

I hereby certify that the forgoing pleading, in compliance with Local Rule 5.1, has been formatted in Times New Roman, 14 Point, electronically filed and served upon counsel for the Government:

  Ms. Jane Swift, Esq.
  Asst. United States Attorney
  600 Richard B. Russell Bldg.
  75 Spring Street
  Atlanta, Georgia 30303

Dated, this the 20th day of May, 2007.

            *s/Jeffrey L. Aortal*