AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __GEORGIA__

UNITED STATES OF AMERICA

V.

CARL MITCHELL HOOPER

## WARRANT FOR ARREST

Case Number: 4:06-CR-75-01-RLV

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __CARL MITCHELL HOOPER__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)
Knowingly transport an individual who had not yet attained the age of 18 years in interstate commerce between & among the states of Georgia, Tennessee and Florida, with intent that such individual engage in sexual activity for which any person can be charged with a criminal offense under the laws of each of those states. Knowingly id persuade, induce, entice and coerce an individual to travel in interstate commerce between and among the states of Georgia, Tennessee and Florida, to engage in sexual activity for which a person can be charged with a criminal offense in each of those states.

in violation of Title __18__ United States Code, Section(s) __2423(a) and 2422(a)__

Walter E. Johnson
Name of Issuing Officer

Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

October 30, 2006  USDC-NDGA Rome Division
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at
FBI in Ringgold, Ga.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 5-8-07 | Thoni Benton USMS N/GA | |